**Rule 509. Access to Financial Records.**

(**a**) *General policy*. Financial records of the Unified Judicial System are presumed to be open to any member of the public for inspection or copying during established business hours. The term "financial records" is defined as any account, contract, invoice or equivalent dealing with: 1) the receipt or disbursement of funds appropriated to the system; or 2) acquisition, use or disposal of services, supplies, materials, equipment or property secured through funds appropriated to the system.

(**b**) *Accessibility*. All financial records are accessible to the public except the following:

    (1)    any part of a record setting forth information to which access is otherwise restricted by federal law, state law, court rule, court order or court policy;

    (2)    any part of a record setting forth a person's social security number, home address, home telephone number, date of birth, operator's license number, e-mail address, or other personal information;

    **(3)**    **any part of a record setting forth the address of a judge's chambers or office located outside a judicial facility;**

    (**[3]4**) any part of a record setting forth financial institution account numbers, credit card numbers, personal identification numbers (PINs) and passwords used to secure accounts;

    (**[4]5**) any part of a record setting forth information presenting a risk to personal security, personal privacy, or the fair, impartial and orderly administration of justice, as determined by the Court Administrator of Pennsylvania.

   *Note:* **For purposes of Rule 509(c)(3), a "judicial facility" is a facility, such as a courthouse, that includes a courtroom, hearing room, or other rooms used by the court to conduct trials, hearings, or other public proceedings.**

*        *        *